## SAMUEL S. PHELPS *versus* JOHN ANDERSON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for special bail or procedendo *p. 192; (2) stricken from Calendar *p. 225; (3) continued *p. 225; (4) rule for judgment *p. 276.

PAPERS IN FILE: (1) Recognizance and precipe for habeas corpus; (2) writ of habeas corpus cum causa; (3) transcript of county court record; (4) declaration; (5) recognizance and bail piece; (6) plea of non assumpsit; (7) precipe for execution fi. fa.; (8) writ of fi. fa. and return; (9) copy of promissory note.

*Office Docket*, MS p. 137, c. 52.  Recorded in *Book B*, MS pp. 6–10.

## ESTHER RICHARDSON *versus* CHARLES LARNED

JOURNAL ENTRIES (1821): *Journal 3:* (1) Cognovit, judgment *p. 193.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance; (3) writ of habeas corpus; (4) transcript of county court record; (5) declaration; (6) promissory note; (7) memo. of amount due on note.

*Office Docket*, MS p. 140, c. 55.  Recorded in *Book A*, MS pp. 120–28.